# UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

UNITED STATES OF AMERICA

v.

BERNARDO ANTONIO CRUZ

No: 1:25-mj-00227-JCN

## MOTION FOR DETENTION

The United States moves for pretrial detention of the defendant, pursuant to 18 U.S.C. § 3142.

1. Eligibility of Case. This case is eligible for a detention order because the case involves (check all that apply):

    ____ Conditions requiring a temporary detention order (18 U.S.C. § 3142(d))

    ___ Crime of violence

    ____ Maximum sentence life imprisonment or death

    ____ 10+ year drug offense

    ____ Felony, with two prior convictions in above categories

    ____ Felony involving a minor victim, a firearm, destructive device or dangerous weapon or failure to register as a sex offender

    _X_ Serious risk defendant will flee

    ____ Serious risk obstruction of justice

2. Reasons for Detention:

    i. Other than Temporary Detention. The court should detain the defendant because there are no other conditions of release which will reasonably assure (check one or both):

        _X_ Defendant's appearance as required

        ____ Safety of any other person and the community

3. Rebuttable Presumption. The United States will invoke the rebuttable presumption against the defendant under 18 U.S.C. § 3142(e). The presumption applies here because (check one or both if applicable)

_____ Probable cause to believe the defendant committed an offense specified in 18 U.S.C. §3142(e) involving: drugs, firearms, terrorism, a minor victim, or conduct outside of the United States.

_____ Previous conviction for "eligible" offense committed while on pretrial bond

4. Date of Detention Hearing. The United States requests that the detention hearing be held after a continuance of up to 3 days.

5. Length of Detention Hearing. The United States will require one hour or less to present its case for detention.

Date:  July 3, 2025

Respectfully submitted,

CRAIG M. WOLFF
Acting United States Attorney

By:     */s/Raphaelle A. Silver*_____
Assistant United States Attorney
United States Attorney's Office
202 Harlow Street, Ste. 111
Bangor, ME 04401
(207) 945-0373
Raphaelle.silver@usdoj.gov

# CERTIFICATE OF SERVICE

I hereby certify that on July 3, 2025, I electronically filed the Government's Motion for Detention with the Clerk of Court using the CM/ECF system, which will send notification of such filing(s) to all parties of record.

CRAIG M. WOLFF
Acting United States Attorney

By:     */s/Raphaelle A. Silver*
        Assistant United States Attorney
        United States Attorney's Office
        202 Harlow Street, Ste. 111
        Bangor, ME 04401
        (207) 945-0373
        Raphaelle.silver@usdoj.gov